UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE THOMAS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>DAVE DAVEY, Warden,[1]<br><br>　　　　　Respondent. | Case No. CV 13-03589-VAP (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts, Dave Davey, the Warden of California State Prison, in Corcoran California, where petitioner currently is incarcerated, is hereby substituted as the proper respondent in this case.

1    IT THEREFORE IS ORDERED that Judgment be entered denying the Petition
2 and dismissing this action with prejudice

3 DATED: 2/11/16

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2