—JS 6—

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE THOMAS, | Case No. CV 13-03589-VAP (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/11/16

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE